IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| JOHN DOE and JANE DOE, as parents and legal guardians of MALE CHILD DOE, | : | Case No. 3:23-cv-330 |
| | : | Judge Thomas M. Rose<br>Magistrate Caroline H. Gentry |
| Plaintiffs, | : | |
| v. | : | **AGREED STIPULATION OF DISMISSAL WITH PREJUDICE** |
| BOARD OF EDUCATION OF THE MILTON-UNION EXEMPTED VILLAGE SCHOOL DISTRICT, et al. | : | |
| | : | |
| Defendants. | | |

Now come the Plaintiffs, John Doe and Jane Doe, on behalf of their minor child, Male Child Doe, and the Defendants, the Board of Education of the Milton-Union Exempted Village School District and Brad Ritchey, by and through counsel, who hereby agree and stipulate, pursuant to Fed. R. 41(a)(1)(A)(ii), to the dismissal with prejudice of all claims between and among these parties that have been asserted, or which could have been asserted, in the matter herein. All parties shall pay their own costs.

SO ORDERED:

_____
Judge Thomas M. Rose
Magistrate Caroline H. Gentry

Submitted by:

/s/: *John H. Stachler*
John H. Stachler (#0064130)
Matthew T. Tipton (#0088307)
Adam M. Pitchel (#0097982)
StachlerHarmon
7810 McEwen Road., Suite B
Dayton, OH 45459
Phone: 937.461.5901
Fax: 937.461.5981
john@stachlerharmon.com
matt@stachlerharmon.com
adam@stachlerharmon.com
*Attorneys for Plaintiffs John Doe and Jane Doe, on behalf of their minor child, Male Child Doe*

/s/: *Michael S. Loughry*
Michael Loughry (0073656)
Alexis R. Pannell (0102946)
Isaac Wiles & Burkholder, LLC
Two Miranova Place, Suite 700
Columbus, Ohio 43215-5098
P: 614.221.2121
F: 614.365.9516
mloughry@isaacwiles.com
apannell@isaacwiles.com

and

Beverly A. Meyer (0063807)
Bricker Graydon LLP
312 Patterson Blvd., Suite 200
Dayton, Ohio 45402
T: (937) 224-5300
F: (937) 224-5301
bmeyer@brickergraydon.com

*Attorneys for Defendants Board of Education of the Milton-Union Exempted Village School District and Dr. Brad Ritchey*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/*Michael S. Loughry*
Michael S. Loughry (0073656)